AO 91 (Rev 8/01) Criminal Complaint

United States Courts
Southern District of Texas
FILED

January 18, 2022

Nathan Ochsner, Clerk of Court

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Sylvester Emmanuel Jonguitud-Vazquez

**CRIMINAL COMPLAINT**

Case Number: M-22-0091-M

IAE  YOB: 1987
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 17, 2022__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*
being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near La Joya, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Sylvester Emmanuel Jonguitud-Vazquez was encountered by Border Patrol Agents near La Joya, Texas on January 17, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on January 17, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on April 1, 2019, through Del Rio, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On August 15, 2018, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to fifteen (15) months confinement.

Continued on the attached sheet and made a part of this complaint:  [ ] Yes  [x] No

Complaint authorized by AUSA Robert Guerra
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

__January 18, 2022__ at 4:01 p.m.

/S/ Christian Salmon
Signature of Complainant
Christian Salmon    Border Patrol Agent

__J. Scott Hacker__ , __U.S. Magistrate Judge__
Name and Title of Judicial Officer

Signature of Judicial Officer